IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CARL A. WESCOTT**, | Case No. 3:23-cv-1736-SI |
| Plaintiff, | **ORDER** |
| v. | |
| **ROGER M. POLLOCK;** and **DOES 1 THROUGH 10**, | |
| Defendants. | |

**Michael H. Simon, District Judge.**

On March 1, 2024, Plaintiff Carl A. Wescott, proceeding *pro se* and *in forma pauperis*, filed a Motion Requesting Order for Service of Process. ECF 13. On March 11, 2024, Plaintiff filed a Corrected and Amended Motion Requesting Order for Service of Process (Corrected and Amended Motion), requesting that the Court order the U.S. Marshal Service to reattempt service of the Complaint on Defendant Roger M. Pollock.[1] ECF 15. In the Corrected and Amended

---

[1] The U.S. Marshal Service has already attempted to serve Mr. Pollock at the address provided by Plaintiff on a previously submitted USM-285 form. After attempting to serve Mr. Pollock at the address provided, the U.S. Marshals Service filed a proof of service form stating that the summons was returned unexecuted. ECF 8. The U.S. Marshals Service explained that service on Mr. Pollock could not be completed because the address appeared to be a vacant lot that was under construction.

PAGE 1 – ORDER

Motion, Plaintiff provided additional details related to the property where Mr. Pollock is believed to reside.

Finding that Plaintiff has provided sufficiently detailed information about the property to establish good cause that service may be completed on Mr. Pollock at that address, the Court GRANTS Plaintiff's Corrected and Amended Motion, ECF 15. The Court DENIES AS MOOT Plaintiff's Motion Requesting Order for Service of Process, ECF 13. The Court directs Plaintiff to submit a new USM-285 form to the U.S. Marshal Service following the "Instructions For Service of Process by U.S. Marshal." Plaintiff must include more detailed instructions about the property and how to reach Mr. Pollock's residence in the "Special Instructions" box of the USM-285 form. Plaintiff may attach to the new USM-285 form the documents appended as exhibits to Plaintiff's Corrected and Amended Motion showing additional information about the property. The Court directs the U.S. Marshal Service to attempt service of the Complaint on Mr. Pollock using the revised instruction. Further, finding that Plaintiff has shown good cause for extending the time for service under Rule 4(m) of the Federal Rules of Civil Procedure, the Court extends the time for service and ORDERS Plaintiff to file proof of service within 45 days of the entry of this Order.

**IT IS SO ORDERED.**

DATED this 18th day of March, 2024.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge