December 2nd, 2024

Clerk of the Court
United States District Court
District of Oregon
Portland Division
Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Avenue
Portland, OR 97204

Re: *Wescott versus Pollock,* Request for Entry of Default Judgment, 3:23-cv-01736-SI

Dear Clerk:

Now that default has been entered as to Mr. Pollock, I am requesting your help to get the first of two default judgments.

There are two causes of action in my verified legal Amended Complaint:

**BREACH OF CONTRACT (RAISING OF MONEY);**
**BREACH OF CONTRACT (APPRAISAL SERVICES)**

The two causes of action are two separate sets of damages for the Defendant Mr. Pollock breaching two different contracts.

The base damages in the second contract are for a definitive and precise sum. By not asking for consequential damages for the second cause of action (**BREACH OF CONTRACT (APPRAISAL SERVICES)**), the total damages will also be for a definitive sum that we can calculate precisely to the penny, with interest.

Below are the facts, law, logic, and math you need to enter a default judgment in my favor for the second cause of action as to Defendant Mr. Pollock.

I will have to go to the Court for the other default judgment for breach of contract (money-raising), as the damages are not a definitive sum.

---

The facts and evidence needed are in the Verified Legal Amended Complaint (docket, #30), pages 11 and 12, paragraphs 58 through 72, with the assignment of the legal claims and the relevant contract and invoice in Exhibits B, D, and F.

As to the amount of the damages for the judgment, $5717.07 was due on October 21st, 2021.

ORS 82.010 provides for 9% simple interest.

There were 1138 days between 10/21/2021 and 12/2/2024, or 3 years, 1 month, 11 days.



That time period is 311.78% of a common year (365 days).

The interest due is 9% * 311.78%/100 = 28.0602% of the principal which was $5717.07, or $1604.22 of interest, for a total judgment of $5717.07+1604.22 = $7321.29

My affidavit is attached.

Please enter the judgment in my favor as to Defendant Mr. Pollock for $7321.29 and send me a copy, thank you.

I will follow up tomorrow with a Motion for the Court to get my other default judgment, for the breach of the other contract (money-raising), which is not for a definitive sum.

*Carl A. Wescott*
Carl A. Wescott
+1 276 773 7377

2

10184.000011.03.06.00.212409551