Carter M. Mann, OSB No. 960899
mannc@lanepowell.com
Ryan O'Hollaren, OSB No. 231160
ohollarenr@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CARL A. WESTCOTT,<br><br>    Plaintiff,<br><br> v.<br><br>MR. ROGER M. POLLOCK; and DOES 1 THROUGH 10,<br><br>    Defendants. | Case No. 3:23-cv-01736-SI<br><br>**STIPULATED NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to FRCP 41(a)(1), it is hereby stipulated between plaintiff Carl Wescott and defendant Roger M. Pollock that the above-captioned matter be dismissed as to all parties, with prejudice, and without costs or attorney fees to either party.

DATED this 12th day of December 2024.

IT IS SO STIPULATED:

LANE POWELL PC

s/ Carter M. Mann
Carter M. Mann, OSB No. 960899
Attorneys for Defendant

*Carl A. Wescott*
Carl Westcott, *pro se*

PAGE 1 – STIPULATED NOTICE OF VOLUNTARY DISMISSAL

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100 FAX: 503.778.2200

720439.0002/9962711.1